UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIREK BORUTA, et al.,<br>Plaintiffs,<br>v.<br>JPMORGAN CHASE BANK, N.A., et al.,<br>Defendants. | Case No. 19-cv-03164-WHO<br><br>**ORDER OF DISMISSAL**<br>Re: Dkt. No. 48 |

Pursuant to notice of voluntary dismissal, **IT IS HEREBY ORDERED** that this case is dismissed **without** prejudice. The Clerk shall close the case.

Dated: October 11, 2019

_____
WILLIAM H. ORRICK
United States District Judge